# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00047-CV

**Aqua Water Supply Corporation, Appellant**

**v.**

**Craig Washington, Appellee**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 2279-21, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Aqua Water Supply Corporation appeals from the trial court's January 11, 2023 "Default Judgment Granting Temporary Injunction." Appellant has filed an unopposed motion to dismiss this appeal as moot, informing the Court that the trial court has dissolved the temporary injunction. *See State v. Ruiz Wholesale Co.*, 901 S.W.2d 772, 775 (Tex. App.—Austin 1995, no writ) ("The issue of whether an injunction is valid becomes moot when the injunction ceases to have effect. . . . We lack jurisdiction when an appeal is moot." (citations omitted)). Accordingly, we grant appellant's motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Jurisdiction

Filed: February 17, 2023